**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00387-LTB-BNB

SUZANNE C. KITCHEN,

       Plaintiff,

v.

ADT SECURITY SERVICES, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


       The Unopposed Motions to Withdraw as Counsel (Docs 13 and 14 - filed May 23, 2007) are **GRANTED**.  Carolyn V. Juarez and Chad T. Nitta, both of Cooley Godward Kronish LLP are allowed to withdraw as counsel for Defendant herein.  Defendant will continue to be presented by Nichael L. Matula and Nicholas J. Walker of Ogletree, Deakins, Nash, Smoak & Stewart, PC.



Dated:  May 24, 2007
_____