**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00387-LTB-BNB

SUZANNE C. KITCHEN,

    Plaintiff,

v.

ADT SECURITY SERVICES, INC.,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 24 - filed March 10, 2008), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                            s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: March 11, 2008